In re:

Kendall Kidd Redfearn

    Debtor

Case No. 17-11533-j

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1084-1             User: admin             Page 1 of 2

Date Rcvd: May 16, 2022             Form ID: 3180W             Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kendall Kidd Redfearn, 1507 Park Ave., Alamogordo, NM 88310-3907 |
| 3654848 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 3654851 | + | Midtown Credit/ryl Mgt, 25331 W Ih 10, San Antonio, TX 78257-9506 |
| 3654853 | | Noble Fin/ryl Mgt, 25331 1h 10 West, San Antonio, TX 78257 |
| 3654846 | + | Santander Consumer USA Inc., An Illinois Corporati, Po Box 961275, Fort Worth, TX 76161-0275 |
| 3654858 | + | Western Shamrock, 800 10th Street, Alamogordo, NM 88310-6474 |
| 3654856 | | Your Credit/ryl Mgt, 25331 1h 10 West, San Antonio, TX 78257 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 3654847 | | Email/Text: bmg.bankruptcy@centurylink.com | May 16 2022 22:39:00 | Century Link, PO Box 91155, Seattle, WA 98111-9255 |
| 3770101 | + | Email/Text: enotifications@santanderconsumerusa.com | May 16 2022 22:39:00 | Chrysler Capital, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 3654849 | | EDI: DIRECTV.COM | May 17 2022 02:43:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 3654857 | | EDI: NMTRD.COM | May 17 2022 02:43:00 | NM Taxation & Revenue Department, PO Box 8575, Albuquerque, NM 87198-8575 |
| 3663264 | + | Email/Text: bankruptcy@westernshamrock.com | May 16 2022 22:39:00 | WESTERN SHAMROCK D.B.A. WESTERN FINANCE, 801 S ABE ST, SAN ANGELO, TX 76903-6735 |
| 3654855 | + | Email/Text: bankruptcy@westernshamrock.com | May 16 2022 22:39:00 | Western Shamrock, Attn Officer/Managing or General Agent, 801 S. Abe, San Angelo, TX 76903-6735 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 3654850 | | Liberty Fin |
| 3654854 | | Sara Crespo |
| 3654852 | ##+ | Midwest Finance, 800 E. 10th Street, Alamogordo, NM 88310-6474 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James E Shively | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital bkecf@bsmplc.com |
| R Trey Arvizu, III | on behalf of Debtor Kendall Kidd Redfearn trey@arvizulaw.com eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com |
| Tiffany M. Cornejo | courtemail@ch13nm.com  courtemailbu@ch13nm.com |
| United States Trustee | ustpregion20.aq.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kendall Kidd Redfearn** | | Social Security number or ITIN | **xxx–xx–7777** |
| | First Name    Middle Name    Last Name | | EIN | |
| Debtor 2 | | | Social Security number or ITIN | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | | EIN | |
| United States Bankruptcy Court | **District of New Mexico** | | | |
| Case number: | **17–11533–j13** | | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kendall Kidd Redfearn

<u>5/16/22</u>

**By the court:**     <u>Robert H. Jacobvitz</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                         **Chapter 13 Discharge**                         page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**